UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,

   v.                                    Case No. 22-CR-31

CHAD M. SCHAMPERS,

      Defendant.

---

## ORDER GRANTING EARLY RETURN OF TRIAL SUBPOENA

---

Defendant Chad M. Schampers is charged with wire fraud and money laundering related to false and fraudulent application for a Paycheck Protection Plan (PPP) loan. In previous hearings defendant stated he intended to rely on an advice-of-counsel defense at trial. In an effort to prepare for that defense, the government served on Schampers' former attorney, Brandon O'Bryon, a subpoena for documents relating to advice that O'Bryon gave Schampers concerning the PPP loan. The government has moved for early return of the subpoena in advance of trial, pursuant to Fed. R. Crim. P 17(c)(1). Schampers has not objected, other than to note his former attorney's difficulty complying with the subpoena within the time sought by the government.

Having discussed the government's request in connection with the current trial schedule, and for the reasons set forth on the record, the court hereby grants the government's motion for early return of its trial subpoena. Attorney O'Bryon shall comply with the subpoena on or before January 24, 2023.

**SO ORDERED** at Green Bay, Wisconsin this 22nd day of December, 2022.

                                                       s/ William C. Griesbach
                                                       William C. Griesbach
                                                       United States District Judge